# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

128874(67)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RENELLE FOREMAN,
            Plaintiff-Appellee,

v

SC: 128874
COA: 250412
Oakland CC: 2002-037507-CZ

DENNIS WALTER FOREMAN,
            Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's order of May 26, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant the motion for reconsideration and grant defendant's application for the reasons set forth in *Foreman v Foreman*, 475 Mich 863, 864 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

*Corbin R. Davis*
Clerk

p0724